IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.CR-23-00907-001-TUC-RCC (MAA) |
| Plaintiff, | **ORDER** |
| v. | |
| William Ernest Fuller, | |
| Defendant. | |

On January 14, 2024, this Court took Defendant William Ernest Fuller's Motion to Dismiss Indictment for Violation of Speedy Trial Act under advisement. Defendant claims that more than seventy days of non-excludable time has run, and the Indictment should be dismissed pursuant to the Speedy Trial Act. (Doc. 78.) Part of the calculated time was made up by the fact that the Magistrate Judge took approximately three months to rule on the pending Motion to Suppress. (*Id.* at 2.) The Court is aware that Defendant filed all the Motions to Continue the Trial and Plea Deadlines, and the Government did not file any. Defendant's requested continuances asked for the time to be excluded (*see e.g.* Doc. 76), but now Defendant complains that the Speedy Trial time has run (Doc. 78). While the Court is somewhat dubious about this position, it recognizes the fact that if the Defendant is correct, the Motion to Dismiss should be granted. Therefore, the Court will grant the motion to dismiss, but will do so without prejudice because the Government did nothing to contribute to the Speedy Trial violation.

In addition, the Court reviewed de novo the briefing on Defendant's Motion to

Suppress (Docs. 38, 40, 54), the Magistrate Judge's Report and Recommendation (Doc. 81), and the Defendant's objection (Doc. 85). The Court agrees with the Magistrate Judge's conclusions.

1) IT IS ORDERED: the Magistrate Judge's Report and Recommendation is ADOPTED. (Doc. 81.)
2) Defendant's Motion to Suppress is DENIED. (Doc. 38.)
3) Defendant's Motion to Dismiss Indictment for Violation of Speedy Trial Act is GRANTED. (Doc. 78.)
4) This matter is DISMISSED WITHOUT PREJUDICE. The Clerk of Court shall docket accordingly and close the case file in this matter.

Dated this 14th day of January, 2025.

_____
Honorable Raner C. Collins
Senior United States District Judge